IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11MJ3031-NE |
| Plaintiff, | ) | |
| | ) | (CR 11-50063–US Dist. Ct. SD–Western Div.) |
| v. | ) | |
| | ) | |
| KONRAD SWIMMER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant appeared before me, with counsel, on allegations that he violated the terms of his pretrial release. Following a hearing on the pretrial release allegations, and on the issue of detention, the court finds that the allegations of the Motion to Revoke Bond (5:11-cr-50063-JLV, filing no. 32), are true; specifically, the defendant used and tested positive for use of methamphetamine on February 24, 2012 in violation of his conditions of release pending sentencing. Accordingly,

IT IS ORDERED:

1) Based on the information before the court, the undersigned magistrate judge is unable to conclude that the defendant is not likely to flee and does not pose a danger to the safety of any other person or the community if released. See 18 U.S.C. § 3143.

2) The defendant shall be detained. The United States marshal must transport the defendant, together with a copy of this memorandum and order, to the charging district and shall deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival. The clerk of this district must promptly transmit this memorandum and order and any supporting filings in this district to the charging district.

February 24, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge